United States District Court
District of Massachusetts

```
                                    )
Arthur Lima Vieira Milhomem,        )
                                    )
            Petitioner,             )
                                    )
       v.                           )      Civil Action No.
                                    )      26-12974-NMG
David Wesling, et al.,              )
                                    )
            Respondents.            )
                                    )
```

### ORDER

GORTON, J.

This petition for writ of habeas corpus (Docket No. 1) was filed by petitioner Arthur Lima Vieira Milhomem ("petitioner" or "Vieira Milhomem"). He contends that David Wesling and other named respondents ("respondents") have detained him in violation of his rights under the Fifth Amendment to the United States Constitution and he seeks an order of this Court directing the government to either release him or afford him a bond hearing pursuant to 18 U.S.C. §1226(a).

Respondents agree that petitioner is in custody pursuant to §1226(a) and is therefore entitled to bond hearing under that statutory provision. They also indicate that, as of the filing of their response (Docket No. 6), a request for such a hearing is pending before the immigration court.

-1-

Because that request is now pending, and because it is apparent from the petition that Vieira Milhomem did not request a hearing prior to the filing of this action, the petition for writ of habeas corpus (Docket No. 1) is **DENIED** without prejudice.  Vieira Milhomem may refile his petition if and when he exhausts the administrative remedies afforded to him by §1226(a).

**So ordered.**

_____
Nathaniel M. Gorton
Senior United States District Judge

Dated: July 14, 2026